# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **LARRY D. CHRISTMAS, JR.,** ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **CIVIL ACTION No. 25-00309-KD-N** |
| ) | |
| **DAVID STEINER, POSTMASTER** ) | |
| **GENERAL, UNITED STATES POSTAL** ) | |
| **SERVICE, AGENCY,** ) | |
| Defendant. ) | |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the report and recommendation of the Magistrate Judge made under 28 U.S.C. § 636 and dated January 29, 2026, (Doc. 13), is **ADOPTED** as the opinion of this Court. It is **ORDERED** that the motion to transfer venue, (Doc. 8), is **GRANTED**.

This action is **TRANSFERRED** to the United States District Court for the Southern District of Mississippi.

**DONE** and **ORDERED** this **4th day** of **March 2026.**

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**